# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

ADMITTED NY

May 18, 2022

**BY ECF**
The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:  *United States v. Chen, et al.*, 22 Cr. 158 (ENV)

Your Honor:

      I write to request to be relieved as attorney for defendant Siyu Chen.

      On April 12, 2022, I was assigned to represent Mr. Chen, pursuant to the Criminal Justice Act.  Since that time, Mr. Chen has retained Jeff Chabrowe, Esq. who has filed a notice of appearance.  *See* Docket No. 67.

      Accordingly, I respectfully request to be relieved from representing Mr. Chen.

      I thank the Court for its attention to this matter.

                                              Respectfully,

                                              /s/Michael Hueston

cc:      Counsel of Record (by ecf)